**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| KAREN DAVIS | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | <u>1:14-cv-00445-SCJ</u> |
| v. | ) | |
| | ) | |
| AERONET, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |

**<u>CONSENT ORDER APPROVING SETTLEMENT AND
DISMISSING ACTION WITH PREJUDICE</u>**

This matter is before the Court on the parties' joint request to approve the settlement they have reached in this case and to dismiss the action with prejudice upon the final payment of all settlement proceeds by Defendant to Plaintiff. The parties report that they have reached a negotiated compromise of Plaintiff's claims. The parties have provided the Court with a copy of the settlement agreement for review, and the settlement agreement contains all material terms of the parties negotiated compromise, including how the settlement proceeds will be allocated amongst and between the Plaintiff and her counsel.  Having reviewed the pleadings, considered the terms of the proposed settlement, and for good cause

shown, the Court finds the terms of the settlement to be fair and reasonable, and the settlement is hereby APPROVED.

It is further ordered that this case shall be ADMINISTRATIVELY CLOSED pending the payment of the full amount of the settlement proceeds by Defendants to Plaintiff.  The Clerk is DIRECTED that this civil action is to be DISMISSED WITH PREJUDICE within 30 days of the date of this Order unless the Court is notified by either party prior to that time that there has been a delay in meeting the terms of the settlement agreement.  Except as stated in the settlement agreement, each party shall bear its own costs of litigation, including attorneys' fees.

SO ORDERED this 7th day of October, 2014.

>s/Steve C. Jones
> STEVE C. JONES
> UNITED STATES DISTRICT JUDGE
> NORTHERN DISTRICT OF GEORGIA
> ATLANTA DIVISION